# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3662
_____

Paul David Katekaru

*Plaintiff - Appellant*

v.

Cameron Egan, Officer; Greg Bryant, Sergeant; Terri Cipolla Round; City of Lee's
Summit, Missouri

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: October 31, 2016
Filed: November 3, 2016
[Unpublished]
_____

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Paul Katekaru appeals after the district court[1] adversely granted summary judgment on two of his claims, dismissed a third claim without prejudice for lack of standing, and denied his post-judgment motion under Federal Rule of Civil Procedure 59(e).  After carefully reviewing the record, and parties' arguments on appeal, we find no basis to reverse.  See Brooks v. Roy, 776 F.3d 957, 959-60 (8th Cir. 2015) (grant of summary judgment reviewed de novo); Hodak v. City of St. Peters, 535 F.3d 899, 903 (8th Cir. 2008) (determination as to plaintiff's standing reviewed de novo); United States v. Metro. St. Louis Sewer Dist., 440 F.3d 930, 933-34 (8th Cir. 2006) (denial of Rule 59(e) motion reviewed for abuse of discretion).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.